**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6780**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD ELLERBE,

Defendant - Appellant.

———————————

**No. 03-6878**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD ELLERBE,

Defendant - Appellant.

———————————

**No. 03-7157**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD ELLERBE,

                              Defendant - Appellant.

─────────────────

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CR-97-100)

─────────────────

Submitted:  September 30, 2003          Decided:  October 7, 2003

─────────────────

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

─────────────────

Affirmed by unpublished per curiam opinion.

─────────────────

James Edward Ellerbe, Appellant Pro Se.  John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Ellerbe appeals the district court's orders denying his application for injunctions and a court order, denying his petition for modification of sentence, and denying his application to appear before the grand jury. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. See United States v. Ellerbe, No. CR-97-100 (E.D.N.C. Mar. 24, 2003; Mar. 27, 2003; June 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3